CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

06/11/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| GARY WENTZ, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:18CV00059 |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL** |
| CULPEPER MEMORIAL HOSPITAL, ) | |
| INC. d/b/a NOVANT HEALTH UVA ) | |
| HEALTH SYSTEM CULPEPER ) | By: Hon. Glen E. Conrad |
| MEDICAL CENTER, CHRISTOPHER ) | Senior United States District Judge |
| McCULLOUGH, NEVILLE FERNANDO, ) | |
| ASHLEY BRUSHWOOD, BRENDA ) | |
| BROCK, and ROBBIE SMITH, ) | |
| ) | |
| Defendants. ) | |

The court has before it the parties' stipulation of dismissal in this case filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED with prejudice, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 11th day of June, 2019.

_____
Senior United States District Judge